463 A.2d 59

Commonwealth v. Sirbaugh, Appellant.

Argued February 9, 1983. Legrand W. Perce, III, for appellant; Daniel Lee Howsare, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.